BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY LYNN HAGUE, et al., | No. 1:11-cv-00656 LJO SMS |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO THE COMPLAINT |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals. As of the time of this filing, the parties are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 30-day extension of time for the government to file its answer to the complaint. As well the parties request that the scheduling conference, currently set for July 27, 2011, be reset to sometime after the new answer date.

Respectfully submitted,

Dated: July 14, 2011
BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

Case 1:11-cv-00656-LJO-BAM   Document 21   Filed 07/15/11   Page 2 of 2

By:   /s/ Haitham Salem Ballout
Haitham Salem Ballout
Attorney for the Plaintiffs

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing an answer in this case is extended to August 15, 2011, and the scheduling conference is continued from July 27, 2011 to September 20, 2011 at 9:15 a.m. before Judge Snyder in Courtroom #7.

IT IS SO ORDERED.

Dated:   July 14, 2011                    /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

-2-