BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY LYNN HAGUE, et al., | No. 1:11-cv-00656 LJO SMS |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO THE COMPLAINT |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

   This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals.  The parties have previously stipulated to one extension of time for the filing of the government's answer.  The parties now stipulate to hold the matter in abeyance, as Defendant United States Citizenship and Immigration Services has requested a remand of the case from the Board of Immigration Appeals toward the end of issuing a new decision.  It is expected that this administrative process may take three to four months, and that at the conclusion of the process, the instant lawsuit may become moot.  Accordingly, the parties stipulate that the time for the filing of the government's answer be extended to December 17, 2012, and that the scheduling conference and joint status report dates be similarly extended.

                Respectfully submitted,

Dated: August 15, 2011

                BENJAMIN B. WAGNER
                United States Attorney

By: /s/Audrey Hemesath
    Audrey B. Hemesath
    Assistant U.S. Attorney
    Attorneys for the Defendants

By: /s/ Haitham Salem Ballout
    Haitham Salem Ballout
    Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is held in abeyance pending a possible remand from the Board of Immigration Appeals and a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on December 17, 2011, and the scheduling conference is reset from September 20, 2011 at 9:15 a.m. to **January 18, 2012 at 9:00 a.m.**.

IT IS SO ORDERED.

Dated:   August 18, 2011            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE