**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY LYNN HAGUE, et al., ) | No. 1:11-cv-656 LJO BAM |
| ) | |
| Plaintiffs, ) | ORDER EXTENDING TIME TO FILE |
| ) | ANSWER TO THE COMPLAINT AND |
| v. ) | MODIFYING SCHEDULING ORDER |
| ) | |
| JANET NAPOLITANO, Secretary of the ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA"). The case is currently held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS"). At the present time, CIS's remand request remains pending at the BIA. The parties stipulated that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to February 17, 2012, and that the scheduling conference and joint status report dates be similarly extended.

Thus, pursuant to the parties' Joint Stipulation, IT IS HEREBY ORDERED that the matter is held in abeyance pending a possible remand from the Board of Immigration Appeals and a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on February 17, 2012, and the scheduling conference is reset to March 14, 2012 at 8:30 a.m. before the Honorable Barbara A. McAuliffe, United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   **December 19, 2011**          **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE