BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN HAGUE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Janet Napolitano, Secretary of the ) <br> Department of Homeland Security, et al. ) <br> ) <br> Defendants. ) <br> ) | No. 1:11-cv-656 LJO BAM <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO THE COMPLAINT |

This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA"). The case is currently held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS"). As of the time of this filing, CIS's remand request continues to remain pending at the BIA. Accordingly, the parties stipulate that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to May 17, 2012, and that the scheduling conference and joint status report dates be similarly extended.

Respectfully submitted,

Dated: February 16, 2012

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath

-1-

                Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ Haitham Salem Ballout
Haitham Salem Ballout
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is held in abeyance pending a possible remand from the Board of Immigration Appeals and a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on May 17, 2012, and the Initial Scheduling Conference is reset to June 18, 2012 at 9:00 a.m. in courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   February 21, 2012              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE