BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN HAGUE, et al., | No. 1:11-cv-00656 LJO BAM |
| Plaintiffs, | JOINT STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA").  The case was held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS").  The BIA has now decided the matter and returned the case to CIS for adjudication.  CIS will endeavor to adjudicate the application within the next two weeks.  If approved, the parties will file a joint stipulation to dismissal upon such adjudication.  Accordingly, the parties stipulate that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to July 2, 2012, and that the scheduling conference and joint status report dates be extended to that same date if possible.

Respectfully submitted,

Dated: June 13, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Haitham Salem Ballout
Haitham Salem Ballout
Attorney for the Plaintiffs

## **ORDER**

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the matter is held in abeyance pending a new decision by United States Citizenship and Immigration Services.  The government's answer to the complaint is due on July 2, 2012, and the scheduling conference is continued from June 18, 2012 to August 6, 2012 at 9:00 a.m. before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **June 14, 2012**                    /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE