BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN HAGUE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Janet Napolitano, Secretary of the )<br>Department of Homeland Security, et al. )<br>)<br>Defendants. )<br> ) | No. 1:11-cv-00656 LJO BAM<br><br>JOINT STIPULATION AND ORDER RESETTING STATUS CONFERENCE |

   This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA").  The case was held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS").  The BIA returned the case to CIS for adjudication, and this Court granted an extension of time for the purpose of allowing CIS to adjudicate the application.  More time is needed to complete the adjudication.  CIS will schedule an interview for the purpose of adjudication within 30 days, and update fingerprints within a two week time frame.  CIS will then adjudicate the application within an additional 60 days.  If approved, the parties will file a joint stipulation to dismissal upon such adjudication.  Otherwise, the parties stipulate that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to September 4, 2012, and that the scheduling conference and joint status report dates be extended to that same date if possible.

|     |                                              |
| --- | -------------------------------------------- |
| 1   |                                              |
| 2   |                                              |

Dated: July 2, 2012

                           Respectfully submitted,

                           BENJAMIN B. WAGNER
                           United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Haitham Salem Ballout
       Haitham Salem Ballout
       Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is held in abeyance pending a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on September 4, 2012, and the scheduling conference is continued from August 6, 2012 to October 15, 2012 at 9:00 a.m. before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

   Dated:   July 2, 2012             /s/ Barbara A McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE