BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN HAGUE, et al., | No. 1:11-cv-656 LJO BAM |
| Plaintiffs, | JOINT STIPULATION AND ORDER TO CONTINUE ABEYANCE AND RESET SCHEDULING CONFERENCE |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA"). The case was held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS"). The BIA returned the case to CIS for adjudication, and this Court granted an extension of time for the purpose of allowing CIS to adjudicate the application. CIS recently issued a Notice of Intent to Deny the application, and petitioner now has an opportunity to respond to that notice. CIS will then adjudicate the application promptly thereafter. If approved, the parties will file a joint stipulation to dismissal upon such adjudication. Otherwise, the parties stipulate that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to November 5, 2012, and that the scheduling conference and joint status report dates be extended to that same date if possible.

Respectfully submitted,

Dated: August 30, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Haitham Salem Ballout
Haitham Salem Ballout
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is held in abeyance pending a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on November 5, 2012, and the scheduling conference is continued from October 15, 2012 to December 5, 2012 before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: September 5, 2012          /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE