BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY LYNN HAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Janet Napolitano, Secretary of the Department of Homeland Security, et al. <br><br> Defendants. | No. 1:11-cv-00656 LJO BAM <br><br> JOINT STIPULATION AND ORDER REGARDING THE FILING OF DEFENDANTS' ANSWER; RESETTING SCHEDULING CONFERENCE; and CONTINUING ABEYANCE OF PROCEEDINGS |

    This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals.  The case currently held in abeyance pending a new decision by United States Citizenship and Immigration Services.  Plaintiffs have responded to the agency's Notice of Intent to Deny, and the matter is now ripe for adjudication.  The agency has indicated that it will issue a new decision within one additional 30-day extension period.  Accordingly, the parties stipulate that the matter remain held in abeyance until December 5, 2012, and that the status conference be reset to sometime after that date.

-1-

Respectfully submitted,

Dated: November 1, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Haitham Salem Ballout
Haitham Salem Ballout
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is held in abeyance pending a new decision by United States Citizenship and Immigration Services. The government's answer to the complaint is due on December 5, 2012. Additionally, the initial scheduling conference is CONTINUED from December 5, 2012 to January 9, 2013, at 9:00 AM in Courtroom 8, before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **November 5, 2012**          /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE