BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN HAGUE, et al., | No. 1:11-cv-00656 LJO BAM |
| Plaintiffs, | JOINT STIPULATION AND ORDER TO CONTINUE ABEYANCE AND RESETTING STATUS CONFERENCE |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged delay in agency action on an EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA"). The case was held in abeyance pending a possible remand from the BIA to United States Citizenship and Immigration Services ("CIS"). The BIA returned the case to CIS for adjudication, and this Court granted an extension of time for the purpose of allowing CIS to adjudicate the application. CIS recently denied the application, and petitioner is now pursuing an appeal to the BIA on the merits of the decision. The parties now stipulate that the matter continue to be held in abeyance and the time for the filing of the government's answer be extended to March 5, 2013, and that the scheduling conference and joint status report dates be extended to that same date if possible.

                                                Respectfully submitted,

Dated: December 5, 2012

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                              By:    /s/Audrey Hemesath
                                     Audrey B. Hemesath
                                     Assistant U.S. Attorney
                                     Attorneys for the Defendants

                              By:    /s/ Haitham Salem Ballout
                                     Haitham Salem Ballout
                                     Attorney for the Plaintiffs

ORDER

Pursuant to the parties' Joint Stipulation (Doc. 38), and for good cause shown, IT IS HEREBY ORDERED that the matter is held in abeyance pending a new appeal to the Board of Immigration Appeals.  The government's answer to the complaint is due on March 5, 2013. The Initial Scheduling Conference currently set for January 9, 2013 is CONTINUED to April 1, 2013, at 9:00 AM in Courtroom 8 before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **December 10, 2012**                                  /s/ **Barbara A. McAuliffe**
                                                                   UNITED STATES MAGISTRATE JUDGE