1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9  STACEY LYNN HAGUE, et al.,          )   No. 1:11-cv-656 LJO BAM
                                       )
10         Plaintiffs,                 )   JOINT STIPULATION AND ORDER RE:
                                       )   DISMISSAL
11    v.                               )
                                       )
12 Janet Napolitano, Secretary of the  )
   Department of Homeland Security, et al. )
13                                     )
                                       )
14         Defendants.                 )
   _____)

15

16     This is an immigration case in which plaintiffs have challenged delay in agency action on an

17 EOIR-29 Notice of Appeal to the Board of Immigration Appeals ("BIA").  The case was held in

18 abeyance pending a possible remand from the BIA to United States Citizenship and Immigration

19 Services ("CIS").  The case has since been adjudicated by CIS.  Accordingly, the parties now

20 stipulate to dismissal of the lawsuit, each side to bear its own costs of litigation.

21

22                              Respectfully submitted,

23

24 Dated: February 14, 2013

25                              BENJAMIN B. WAGNER
                               United States Attorney

26

27                      By:    /s/Audrey Hemesath
                               Audrey B. Hemesath
28                             Assistant U.S. Attorney
                               Attorneys for the Defendants

                                    -1-

1

2                                  By:     /s/ Haitham Salem Ballout
                                           Haitham Salem Ballout
3                                          Attorney for the Plaintiffs

4

5

6                                        ORDER

7        Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

8  ORDERED the matter is dismissed as moot.  The clerk is directed to close this action.

9

10 IT IS SO ORDERED.

11 **Dated:  __February 28, 2013__     __/s/  Lawrence J. O'Neill__**
                                           UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28